IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT YEAGER                              *

    Plaintiff,                              *

    v.                                          *       2:10-CV-896-ID
                                                        (WO)
CAPT. A.J. HARDY, *et al.*,                *

    Defendants.                            *

_____

### RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff filed this 42 U.S.C. § 1983 action on October 22, 2010. When he filed this complaint, Plaintiff was an inmate incarcerated at the Montgomery City Jail located in Montgomery, Alabama.

On October 28, 2010 the court entered an order directing Plaintiff to sign and return the signature page of his complaint. On November 10, 2010 the envelope containing Plaintiff's copy of the October 28 order was returned to the court marked as undeliverable because Plaintiff was no longer at the address he had provided to the court when he filed this action. Consequently, an order was entered on November 12, 2010 directing Plaintiff to provide the court with his present address on or before November 19, 2010. Plaintiff was cautioned that his failure to comply with the court's November 12 order would result in a recommendation that this case be dismissed. The envelope containing Plaintiff's copy of November 12 order was returned to the court on November 22, 2010 marked again as

undeliverable.

It is clear that Plaintiff is no longer incarcerated at the Montgomery City Jail and that he has not provided this court with his current address. The undersigned, therefore, concludes that this case is due to be dismissed for Plaintiff's failures to prosecute this action and comply with the orders of the court.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for Plaintiff's failures to comply with the orders of the court and to prosecute this action.

It is further

ORDERED that the parties are DIRECTED to file any objections to the said Recommendation on or before **December 6, 2010.** Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein*

*v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981)(*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done, this 22nd day of November 2010.

        /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE