IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT YEAGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:10-cv-896-ID |
| | ) | (WO) |
| | ) | |
| CAPT. A. J. HARDY, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. #5) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #5) of the Magistrate Judge is ADOPTED. This case is DISMISSED without prejudice due to Plaintiff's failures to prosecute this action and comply with the orders of the Court.

A separate judgment shall issue.

Done this 21st day of December, 2010.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE